1  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   JOHN L. BARBER, SB# 160317
2    E-Mail: barber@lbbslaw.com
   LISA BARNETT SWEEN, SB# 191155
3    E-Mail: sween@lbbslaw.com
   JESSICA A. LUKE, SB# 273047
4    E-Mail: luke@lbbslaw.com
   One Sansome Street, Suite 1400
5  San Francisco, California 94104
   Telephone: 415.362.2580
6  Facsimile: 415.434.0882

7  Attorneys for Defendants: COMMISSION ON
   ACCREDITING OF THE ASSOCIATION OF
8  THEOLOGICAL SCHOOLS, THE
   ASSOCIATION OF THEOLOGICAL
9  SCHOOLS IN THE UNITED STATES AND
   CANADA, DANIEL ALESHIRE, AND
10 JEREMIAH MCCARTHY

*IT IS SO ORDERED*

*Judge Edward J. Davila*

7/23/2012

11              UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

14 RANDY CHAPEL, CAROL NYE-WILSON       CASE NO. CV 12-03236 EJD
   AND DALE WILSON,
15                                       **STIPULATION FOR EXTENSION OF**
             Plaintiffs,                 **TIME TO RESPOND TO COMPLAINT**
16
        vs.                              Judge:   Honorable Edward J. Davila
17
   COMMISSION ON ACCREDITING OF THE      Trial Date:      None Set
18 ASSOCIATION OF THEOLOGICAL
   SCHOOLS, a corporation; THE           Initial CMC Date: October 12, 2012
19 ASSOCIATION OF THEOLOGICAL
   SCHOOLS IN THE UNITED STATES AND
20 CANADA, a corporation; DANIEL
   ALESHIRE, individually and in his official
21 capacity; JEREMIAH McCARTHY,
   individually and in his official capacity;
22 UNITED STATES and DOES 1 through 200,
   inclusive,
23
             Defendants.
24

25

26     Plaintiffs RANDY CHAPEL, CAROL NYE-WILSON, AND DALE WILSON

27 ("Plaintiffs") and Defendants COMMISSION ON ACCREDITING OF THE ASSOCIATION OF

28 THEOLOGICAL SCHOOLS, THE ASSOCIATION OF THEOLOGICAL SCHOOLS IN THE

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

1 UNITED STATES AND CANADA, DANIEL ALESHIRE, AND JEREMIAH MCCARTHY

2 ("Defendants"), through their counsel of record or on their own behalf and pursuant to Local Rule

3 6-1(a), stipulate to extend the time by which Defendants have to respond to Plaintiffs' Complaint.

4 **STIPULATION**

5   WHEREAS, Plaintiffs originally filed this action on June 22, 2012;

6   WHEREAS, Plaintiffs served this Complaint naming Defendants COMMISSION ON

7 ACCREDITING OF THE ASSOCIATION OF THEOLOGICAL SCHOOLS, THE

8 ASSOCIATION OF THEOLOGICAL SCHOOLS IN THE UNITED STATES AND CANADA

9 and DANIEL ALESHIRE on June 29, 2012, and the current deadline for Defendants' response to

10 the Complaint is July 20, 2012;

11   WHEREAS, Plaintiffs served this Complaint naming Defendant JEREMIAH

12 MCCARTHY on July 5, 2012, and the current deadline for Defendant's response to the Complaint

13 is July 26, 2012;

14   WHEREAS, upon mutual agreement, Plaintiffs and Defendants stipulate and agree that

15 Defendants may have an extension until **September 4, 2012**, to respond to Plaintiffs' Complaint;

16   WHEREAS, this extension of time will not alter the date of any event or deadline already

17 fixed by the Court;

18   ACCORDINGLY, Plaintiffs and Defendants hereby stipulate to an extension of time to

19 September 4, 2012 for Defendants to respond to Plaintiffs' Complaint.

20 **IT IS SO STIPULATED.**

21

22      [The remainder of this page is intentionally left blank]

23

24

25

26

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  DATED: July 19, 2012                   Respectfully submitted,

2                                         LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4                                         By: _____

5                                             Lisa Barnett Sween
                                              Jessica A. Luke
6                                             Attorneys for Defendants: COMMISSION ON
                                              ACCREDITING OF THE ASSOCIATION OF
7                                             THEOLOGICAL SCHOOLS, THE
                                              ASSOCIATION OF THEOLOGICAL SCHOOLS
8                                             IN THE UNITED STATES AND CANADA,
                                              DANIEL ALESHIRE, AND JEREMIAH
9                                             MCCARTHY

10

11 DATED: July 19, 2012                    RANDY CHAPEL

12

13                                         By: _____

14                                             RANDY CHAPEL
                                               Plaintiff in Pro Per
15

16

17

18 DATED: July 19, 2012                    CAROL NYE-WILSON

19                                         By: _____

20                                             CAROL NYE-WILSON
                                               Plaintiff in Pro Per
21

22

23 DATED: July 19, 2012                    DALE WILSON

24

25                                         By: _____

26                                             DALE WILSON
                                               Plaintiff in Pro Per
27

28

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

LEWIS
BRISBOIS
BISGAARD
SMITH LLP
ATTORNEYS AT LAW