LEWIS BRISBOIS BISGAARD & SMITH LLP
JOHN L. BARBER, SB# 160317
    E-Mail: barber@lbbslaw.com
LISA BARNETT SWEEN, SB# 191155
    E-Mail: sween@lbbslaw.com
JESSICA A. LUKE, SB# 273047
    E-Mail: luke@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants: COMMISSION ON ACCREDITING OF THE ASSOCIATION OF THEOLOGICAL SCHOOLS, THE ASSOCIATION OF THEOLOGICAL SCHOOLS IN THE UNITED STATES AND CANADA, DANIEL ALESHIRE, AND JEREMIAH MCCARTHY

**IT IS SO ORDERED**
Judge Edward J. Davila
7/23/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RANDY CHAPEL, CAROL NYE-WILSON AND DALE WILSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMISSION ON ACCREDITING OF THE ASSOCIATION OF THEOLOGICAL SCHOOLS, a corporation; THE ASSOCIATION OF THEOLOGICAL SCHOOLS IN THE UNITED STATES AND CANADA, a corporation; DANIEL ALESHIRE, individually and in his official capacity; JEREMIAH McCARTHY, individually and in his official capacity; UNITED STATES and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. CV 12-03236 EJD<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge:    Honorable Edward J. Davila<br><br>Trial Date:    None Set<br><br>Initial CMC Date: October 12, 2012 |

Plaintiffs RANDY CHAPEL, CAROL NYE-WILSON, AND DALE WILSON ("Plaintiffs") and Defendants COMMISSION ON ACCREDITING OF THE ASSOCIATION OF THEOLOGICAL SCHOOLS, THE ASSOCIATION OF THEOLOGICAL SCHOOLS IN THE

1 UNITED STATES AND CANADA, DANIEL ALESHIRE, AND JEREMIAH MCCARTHY
2 ("Defendants"), through their counsel of record or on their own behalf and pursuant to Local Rule
3 6-1(a), stipulate to extend the time by which Defendants have to respond to Plaintiffs' Complaint.

4 **STIPULATION**

5 WHEREAS, Plaintiffs originally filed this action on June 22, 2012;

6 WHEREAS, Plaintiffs served this Complaint naming Defendants COMMISSION ON
7 ACCREDITING OF THE ASSOCIATION OF THEOLOGICAL SCHOOLS, THE
8 ASSOCIATION OF THEOLOGICAL SCHOOLS IN THE UNITED STATES AND CANADA
9 and DANIEL ALESHIRE on June 29, 2012, and the current deadline for Defendants' response to
10 the Complaint is July 20, 2012;

11 WHEREAS, Plaintiffs served this Complaint naming Defendant JEREMIAH
12 MCCARTHY on July 5, 2012, and the current deadline for Defendant's response to the Complaint
13 is July 26, 2012;

14 WHEREAS, upon mutual agreement, Plaintiffs and Defendants stipulate and agree that
15 Defendants may have an extension until **September 4, 2012**, to respond to Plaintiffs' Complaint;

16 WHEREAS, this extension of time will not alter the date of any event or deadline already
17 fixed by the Court;

18 ACCORDINGLY, Plaintiffs and Defendants hereby stipulate to an extension of time to
19 September 4, 2012 for Defendants to respond to Plaintiffs' Complaint.

20 **IT IS SO STIPULATED.**

22 [The remainder of this page is intentionally left blank]


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | DATED: July 19, 2012 | Respectfully submitted, |
| 2 | | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 4 | | By: _____ |
| 5 | | Lisa Barnett Sween |
| 6 | | Jessica A. Luke |
| | | Attorneys for Defendants: COMMISSION ON ACCREDITING OF THE ASSOCIATION OF THEOLOGICAL SCHOOLS, THE ASSOCIATION OF THEOLOGICAL SCHOOLS IN THE UNITED STATES AND CANADA, DANIEL ALESHIRE, AND JEREMIAH MCCARTHY |
| 11 | DATED: July 19, 2012 | RANDY CHAPEL |
| 13 | | By: _____ |
| 14 | | RANDY CHAPEL |
| 15 | | Plaintiff in Pro Per |
| 18 | DATED: July 19, 2012 | CAROL NYE-WILSON |
| 19 | | By: _____ |
| 20 | | CAROL NYE-WILSON |
| 21 | | Plaintiff in Pro Per |
| 23 | DATED: July 19, 2012 | DALE WILSON |
| 24 | | By: _____ |
| 25 | | DALE WILSON |
| 26 | | Plaintiff in Pro Per |